Elizabeth Stitzel, Administrator of Estate of Clarence Stitzel, Deceased, Appellee, v. Glenn Johnson, Appellant.

Gen. No. 10,136.

610

opinion filed April 18, 1947; rehearing denied June 23, 1947; released for publication June 23, 1947. Raphael E. Yalden, for appellant; Maynard & Maynard and Charles S. Thomas, for appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.